■ PROTECTORS OF PINE OAK WOODS, INC., et al., Respondents, v EDWARD I. KOCH, as Mayor of the City of New York, et al., Appellants.—Motion by plaintiffs to vacate the statutory stay of an order of the Supreme Court, Richmond County, dated January 16, 1980, which granted plaintiffs' motion for a preliminary injunction. Motion dismissed as academic in light of the determination of the appeal from said order. Mollen, P. J., Cohalan, O'Connor and Weinstein, JJ., concur.

## (January 21, 1980)

■ HEIDI ADAMS, an Infant, by Her Parent, CAROLINE ADAMS, et al., Appellants, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents.—In an action to recover damages for false arrest and imprisonment, plaintiffs appeal from an order of the Supreme Court, Queens County, dated September 26, 1979, which denied their motion for partial summary judgment. Order affirmed, without costs or disbursements. There are triable issues of fact. Mollen, P. J., Lazer, Gibbons and Margett, JJ., concur.